THE PEOPLE OF THE STATE OF NEW YORK v. JACOB KRAMER.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. PATRICK J. McCARTHY and Others. — Motion denied. Order signed. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE BENDER PRESS, INC., v. THE CORN EXCHANGE BANK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

MELLON-STUART COMPANY v. LOEW'S INCORPORATED.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and PROSKAUER, JJ.

ANNIE PUTTERMAN v. JACOB SOLOMON.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

JAMES N. BUTTERLY, Individually, etc., v. NORTHERN TERMINAL CORPORATION and Others — BANDLER & ROULSTONE.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

T. SHERRILL DA PONTE v. PAUL T. WISE.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL HARRIS.— Motion granted on condition that appellant procure the record on appeal and appellant's points to be filed on or before December 16, 1928, with notice of argument for January 10, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HERMAN BERNSTEIN.— Motion granted on condition that the record on appeal and appellant's points be served and filed on or before November 16, 1928, with notice of argument for December 12, 1928. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

MICHAEL J. MALONEY v. KNICKERBOCKER ICE COMPANY. — Motion denied on the ground that the motion should be made at the Trial Term. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

PHARMA-CHEMICAL CORPORATION, v. J. P. DEVINE COMPANY.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EUGENE L. GAREY and Another v. KULP THEFT PROOF LAMP COMPANY, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM J. TAYLOR COMPANY, INC., Appellant, v. JOSEPH C. COWAN, Defendant, Impleaded with NATIONAL SURETY COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.